May Term, 1855.

THE MADISON AND INDIANAPOLIS PLANK ROAD COMPANY v. STEVENS.

Friday, June 8.

THE MADISON AND INDIANAPOLIS PLANK ROAD COMPANY v. STEVENS.

Parol evidence is not admissible to prove that a promise in writing, absolute on its face, was subject to a condition.

APPEAL from the *Decatur* Court of Common Pleas.

PERKINS, J.—Assumpsit by *The Madison and Indianapolis Plank Road Company* against *John F. Stevens*, upon the following instrument:

" We, the subscribers, do hereby bind ourselves to pay the amounts subscribed by us as stock in *The Madison and Napoleon* [now *Indianapolis*] *Turnpike Company*, to the treasurer of said company, as the call may be made by the board of directors of said company on us, without relief from stay or appraisement laws. *January* 23, 1851.

| Names. | Shares. |
|---|---|
| J. F. Stevens. | 8." |

The shares were 25 dollars each.

The road in question had been completed to within two and a half miles of *Greensburg* from *Madison*, a distance of about fifty miles.

The defence set up is, that the stock sued on was subscribed for the purpose of completing the road to *Greensburg*, conditional upon such completion, not to be otherwise valid, and that the road has not been completed thus far, and is not progressing. The evidence tending to prove these facts was objected to, and should have been excluded. The written contract makes no conditions. *Railsback* v. *The Liberty and Abington Turnpike Co.*, 2 Ind. R. 656.— *The State* v. *Chrisman*, *id.* 126.

A good many questions were raised upon the pleadings; but what we have said disposes of all of them that are of any importance.

DAVISON, J., having been concerned as counsel, was absent.

*Per Curiam.*— The judgment is reversed with costs. Cause remanded, &c.

*J. Gavin* and *J. R. Coverdill*, for the appellants.
*B. W. Wilson*, for the appellee.